UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANDREW ARRABACA,

Defendant.

**INDICTMENT**

26 Cr.

**26 CRIM 337 .**

## COUNT ONE
### (Arson)

The Grand Jury charges:

1.    On or about July 20, 2026, in the Southern District of New York and elsewhere, ANDREW ARRABACA, the defendant, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a building, vehicle, and other real and personal property, in whole and in part owned and possessed by, and leased to, the United States, and a department and agency thereof, and as a result of such conduct, directly and proximately caused personal injury to a person, and created a substantial risk of injury to other persons, including public safety officers performing duties, to wit, ARRABACA used a flammable liquid to ignite a fire at the Jacob K. Javits Federal Building in Manhattan (the "Federal Building"), threw a firework into the fire that exploded, and lit fireworks at the Federal Building, causing injury to at least one person and substantial risk of injury to other persons, including federal employees, security guards, and emergency personnel responding to the fire.

(Title 18, United States Code, Sections 844(f)(1) and (f)(2).)

## FORFEITURE ALLEGATION

2.    As a result of committing the offense alleged in Count One of this Indictment, ANDREW ARRABACA, the defendant, shall forfeit to the United States, pursuant to Title 18,

United States Code, Section 982(a)(2)(B), any and all property constituting, or deriving from, proceeds obtained directly or indirectly as a result of the offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense, and pursuant to Title 18, United States Code, Section 844(c), any and all explosive materials involved or used or intended to be used in the offense.

### Substitute Assets Provision

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982, 844;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON
8/3/26

JAMES M. MCDONALD
United States Attorney

2